IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RASHAD LEE, #213823, | ) |
| | ) |
|    Petitioner, | ) |
| | ) |
| v. | )   CIV. ACT. NO.  2:09cv591-MEF |
| | )             (WO) |
| L.B. SMITHART, *et al.*, | ) |
| | ) |
|    Respondents. | ) |

## **FINAL JUDGMENT**

Upon consideration of the prior proceedings, opinions and orders entered in this case, it is

ORDERED and ADJUDGED that judgment be and is hereby entered in favor of the respondents and against the petitioner, and that this action be and is hereby dismissed with prejudice.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done this the 3rd day of October 2011.

                                              /s/ Mark E. Fuller
                                      UNITED STATES DISTRICT JUDGE